Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

Northern for the

District of New York

Division

Case No. 1:25-cv-1831 (ECC/TWD)
(to be filled in by the Clerk's Office)

Valerie Flores

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Dane County Human Services (Kim; Supervisor & Ashley Messier), SSM Health, UW Hospital & Clinics/UW Health/UW Madison, Journey Mental Health Center, ~~[crossed out]~~, Dane County Corporation Counsel, Leslie Taylor, Laura Frazier, Scott Miller, Matthew Sager, Robert Factor, Jim Black, Dave Roethe, Anna Marie V. Welch, Amy Edwards, Middleton Police Dept

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT AND REQUEST FOR INJUNCTION

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Valerie Flores
Street Address: PO Box 1110 ACP 5749
City and County: Albany (Albany)
State and Zip Code: NY 12201
Telephone Number: 838-265-4961
E-mail Address:

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Clark Carroll, Karen Milker (Kim supervisor & Ashley messier)

**Defendant No. 1**
Name: Dane County Human Services
Job or Title (if known):
Street Address: 1202 Northport Drive
City and County: Madison (Dane)
State and Zip Code: WI 53704
Telephone Number:
E-mail Address (if known):

**Defendant No. 2**
Name: St Mary's Hospital / SSM Health (HIPPA violation & more)
Job or Title (if known):
Street Address: 700 South Brooks St.
City and County: Madison (Dane)
State and Zip Code: WI 53715
Telephone Number:
E-mail Address (if known):

**Defendant No. 3**
Name: Matthew Sager & Tad Herbsman UW Hospital & Clinic / UW Health / UW Madison
Job or Title (if known):
Street Address: 600 Highland Ave
City and County: Madison (Dane)
State and Zip Code: WI 53705
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**
Name: Leslie Taylor, Robert Factor, Laura Frazier, Journey Mental Health Center, Scott Miller, Jim Black, Dave Roethe, George Betancourt
Job or Title (if known):
Street Address: 25 Kessel Court
City and County: Madison (Dane)
State and Zip Code: WI 53711
Telephone Number:
E-mail Address (if known):

Hannah Flanagan, Dale Barrett

Page 2 of 6

Anna Vi Marie Welch

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 15 USC §1692(d), 22 USC 2754, 18 US Code § 2261(A). Years of harassment & stalking, technology phishing, physical assault, threats, criminal damage to property, retaliation, medical fraud, abuse, false claims act (I am a documented DV victim).

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Valerie Flores , is a citizen of the State of *(name)* New York .

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A
       and has its principal place of business in the State of *(name)* N/A .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Please see list , is a citizen of the State of *(name)* Wisconsin . Or is a citizen of *(foreign nation)* USA .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, (name) __Several - please list__ (see), is incorporated under the laws of the State of (name) __Wisconsin__, and has its principal place of business in the State of (name) __Wisconsin__.

Or is incorporated under the laws of (foreign nation) __USA__,

and has its principal place of business in (name) __Wisconsin__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

__$4 million for irreparable damage to my personal & professional reputation due to their medical malpractice, continuous stalking & harrassment by these individuals since 2016 & their malicious actions against & retaliatory actions against me because I sued them & filed complaints w/ licensing boards due constitutional civil/human rights violations/ illegal actions & their illegal & unethical behaviors__

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

__Originally in Wisconsin, but these individuals have stalked me across state lines all over the USA & possibly Scott Miller & Robert Factor to Iceland previously__

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

__2016 - ongoing. The stalking & harrassment has been very intense from WL people since 2020/ 2021. (I have had a federal worker say to me that Wisconsin does not leave me alone. This behavior towards me will never stop because of my employment with UW Madison, other classmates & possibly school staff from my high school defaming me 30 years later.)__

Page 4 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

---

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

These entities & individuals physically assaulted me with their opinions when my problems for many years has been dating violence/domestic violence issues from a few men from my past & other mentally unstable/dangerous men on dating apps.

These entities need to focus on the men who have stalked me such as Brendan Conaway, Nicholas Stephani, Ande Meyer, etc. I feel very threatened by these men.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Please see my relief statement below

I want to press criminal charges on all these individuals & any others named in written documents, especially Ashley Messier because she should be charged w/ party to a crime with helping Chris Jenkins fake his death (he is living in MD or DE) when he committed mail fraud/harrassment against me / stalked & harrassed me when I didn't know him. She testified against me in court defaming me which allowed my child's father to commit custodial interference ~ 30 times & me missing many days w/ child

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Punitive damages of $4 million requested

Cease & desist order that these groups or any entity especially health care companies/entities from WI stop stalking me in their personal or company vehicles. Stop from engaging in malicious actions against me whether they be physical assault on me/ spoken or written. Stop defaming me with false statements in medical & legal records. (It is a felony in WI). Lifetime restraining order against these entities/ individuals as this illegal behavior has been going on for almost 10 years & I feel its because of my marital status & familial status.

[Left margin note: The CEO of JMHC Rebecca has two relatives that sexually assaulted me / some of them as a minor, then he threatened to kill himself when I broke up with him / Amber Lottman is / other individual has long criminal history, may be faking death]

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/22/2025

Signature of Plaintiff: Valerie Flores
Printed Name of Plaintiff: Valerie Flores

**B. For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

